In the Matter of JOHN O. YOUNG, Appellant, against FARMERS AND TRADERS LIFE INSURANCE COMPANY, Respondent.

Argued March 2, 1954; decided April 8, 1954.

*Martin F. Kendrick* and *Harlow B. Ansell* for appellant.
*Benjamin E. Shove* for respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.  Taking no part: LEWIS, Ch. J.